454 A.2d 162

Commonwealth v. Daniels, Appellant.

608

Submitted June 22, 1981. James L. Goldsmith, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The judgment of sentence dated December 12, 1979 is affirmed.